UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RED LAKE BAND OF CHIPPEWA INDIANS, WHITE EARTH BAND OF OJIBWE, HONOR THE EARTH, and SIERRA CLUB,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>    Defendant. | Case No. 1:20-cv-3817<br><br>MOTION FOR PRELIMINARY INJUNCTION |

    Pursuant to LCvR 65.1, Plaintiffs Red Lake of Chippewa Indians, White Earth Band of Ojibwe, Honor the Earth, and Sierra Club hereby respectfully move this Court to preliminarily enjoin the U.S. Army Corps of Engineers to withdraw the permit issued on November 23, 2020 authorizing Enbridge Energy to discharge dredged and fill material into 1050.71 acres of waters of the United States for construction activities associated with the Line 3 project. The basis for such injunction is contained in the memorandum of points and authorities in support of this motion filed herewith, and the declarations attached thereto. In addition, Plaintiffs respectfully move for an expedited hearing.

    Accordingly, Plaintiffs respectfully move this Court to preliminarily enjoin the Army Corps of Engineers and schedule an expedited hearing.

2

Dated:  December 24, 2020               Respectfully submitted,

*s/Seth Johnson*___
Seth L. Johnson, D.C. Bar No. 1001654
Earthjustice
1001 G St. NW, Ste. 1000
Washington, D.C. 20001
(202) 667-4500
sjohnson@earthjustice.org

Moneen Nasmith
*[Pro Hac Vice Application Pending]*
Alexis Andiman
*[Pro Hac Vice Application Pending]*
Mekela Panditharatne
*[Pro Hac Vice Application Pending]*
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
(212) 845-7376
mnasmith@earthjustice.org
aandiman@earthjustice.org
mpanditharatne@earthjustice.org

*Attorneys for Plaintiffs*