UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RED LAKE BAND OF CHIPPEWA INDIANS, WHITE EARTH BAND OF OJIBWE, HONOR THE EARTH, and SIERRA CLUB,<br><br>      Plaintiffs,<br><br>    v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>      Defendant. | Case No. 1:20-cv-3817 |

**[PROPOSED] ORDER**

Upon consideration of the Plaintiff's application for Preliminary Injunction and request for an expedited hearing, it is hereby ORDERED that the Plaintiff's motion for an expedited hearing is GRANTED, and the hearing date will be set on _____.

SO ORDERED.

DATED:

                                                                                            _____