CO-386
10/2018

# United States District Court
# For the District of Columbia

Red Lake Band of Chippewa Indians, White Earth Band of Ojibwe, Honor the Earth, and Sierra Club )
)
)
)
        Plaintiff )
  vs )   Civil Action No. __1:20-cv-3817_____
)
United States Army Corps of Engineers )
)
)
        Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Honor the Earth_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Honor the Earth_____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_s/Seth Johnson_____
Signature

1001654_____    Seth L. Johnson_____
BAR IDENTIFICATION NO.                    Print Name

1001 G St. NW, Ste. 1000_____
Address

Washington       DC        20001_____
City             State     Zip Code

202-667-4500_____
Phone Number