UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RED LAKE BAND OF CHIPPEWA INDIANS,
WHITE EARTH BAND OF OJIBWE, HONOR
THE EARTH, and SIERRA CLUB,

        Plaintiffs,

      v.

UNITED STATES ARMY CORPS OF
ENGINEERS,

        Defendant.

Case No. 1:20-cv-03817-CKK

## AFFIDAVIT OF SERVICE

I am a citizen of the United States of America and a resident of Alexandria, VA.  I am

over the age of 18 years and not a party to the above-captioned action.  My business address is

1100 H Street M-100, Washington, DC 20005.

I hereby certify that on January 4, 2021, I served a true copy of the following documents

on the United States Attorney for the District of Columbia, via hand delivery to their office at

555 4th Street NW, Washington, DC 20530:

- Summons,

- Complaint,

- Plaintiffs' Motion for Preliminary Injunction,

- Memorandum of Law in Support of Motion for Preliminary Injunction, and

- Exhibits A through M

I certify under penalty of perjury that the foregoing is true and correct.  Executed on

January 4, 2021 in Washington, DC.

JOSE WAGNER CAMPOS