UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RED LAKE BAND OF CHIPPEWA INDIANS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No 1:20 cv-03817 (CKK) |
| UNITED STATES ARMY CORPS OF ENGINEERS, | ) ) ) | |
| Federal Defendant, | ) ) | |
| and | ) ) | |
| ENBRIDGE ENERGY, LIMITED PARTNERSHIP, | ) ) ) | |
| Defendant-Intervenor. | ) ) | |

**STIPULATION ON AGREED JOINT LIST OF PERTINENT PORTIONS OF THE ADMINITRATIVE RECORD FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to the Court's Order of January 6, 2021, and the agreement of all parties, Plaintiffs Red Lake Band of Chippewa Indians, the White Earth Band of Ojibwe, Honor the Earth, and the Sierra Club, Defendant the United States Army Corps of Engineers, and Defendant-Intervenor Enbridge Energy, Limited Partnership, file the following stipulation indicating the parties' agreement on the pertinent portions of the administrative record relied on in the parties' briefing (Agreed Portions of Administrative Record) for purposes of the Court's consideration of Plaintiffs' Motion for Preliminary Injunction (ECF 2).

Plaintiffs seek judicial review of a permit (Permit), issued on November 23, 2020, by Defendant the U.S. Army Corps of Engineers (Corps) to Defendant-Intervenor Enbridge Energy Limited Partnership. The Permit was issued under Section 404 of the Clean Water Act to allow

1

for the discharge of fill material into jurisdictional waters of the United States during the construction of portions of the Replacement Line 3 pipeline. The Permit also contained authorization under the Rivers and Harbors Act (RHA), 33 U.S.C. § 403, for certain water crossings.

The Corps has not yet finished assembling the Administrative Record for the Permit. The parties agree and stipulate, however, that Exhibits 1-21 (which are filed contemporaneously herewith), constitute the portion of the record to be relied upon by the Court in ruling on Plaintiffs' Motion for Preliminary Injunction. All parties agree that by entering into this stipulation, they are not waiving any right to assert that any document, including, but not limited to Exhibits 1-21, is, or is not, properly part of the Administrative Record.

| NO. | DESCRIPTION | CROSS REFERENCES |
|---|---|---|
| 1 | Permit | ECF 2-3 |
| 2 | EA Enbridge Line 3 Replacement Project, Environmental Assessment and Statement of Findings, Nov. 23, 2020 (Section 404 EA), with Appendix B – Individual Water Quality Certifications 2014-01071-CLJ and Appendix E – Environmental Assessment, 408 Request to Install Line 3 Replacement Pipeline Across the Lost River (Section 408 EA) | ECF 28-4 (N.B. This same document without appendices is ECF 2-4) |
| 3 | Public Notice Comments and Responses (Appendix A to Section 404 EA) | ECF 2-5 |
| 4 | REMOVED | REMOVED |
| 5 | Letter from Fond du Lac to U.S. Army Corps of Engineers (May 18, 2020) | |
| 6 | REMOVED | REMOVED |
| 7 | Earthjustice Comments, Feb. 21, 2019 (with attachment V) | ECF 2-6 |
| 8 | Earthjustice Comments, Mar. 6, 2020 | ECF 2-7 |
| 9 | Leech Lake Band of Ojibwe Exceptions to ALJ Report, May 9, 2018 | |

| 10 | Comment by Minnesota Pollution Control Agency to Minnesota Public Utilities Commission | ECF 2-8 |
|---|---|---|
| 11 | Minnesota Department of Commerce, Final Environmental Impact Statement (EIS) Section 4, "Alternatives to the Project." (N.B. the entire EIS, including Section 4, is available at https://mn.gov/commerce/energyfacilities/resource.html?Id=34735 | |
| 12 | Enbridge Environmental Protection Plan, Revision 6, January 2020 | |
| 13 | Minnesota Pollution Control Agency, Findings of Fact, Conclusion of Law, and Order on Contested Case, OAH 60-2120-26909 Nov. 9, 2020 – including Attachment A, which Findings of Fact, Conclusions of Law and Recommendation in OAG 60-2200-36909, October 16, 2020 (N.B. Attachment A includes its own Attachment A). | ECF 28-3 |
| 14 | Reissuance Notice – Order Granting Certificate of Need As Modified And Requiring Filings (May 2020) at 27-28 (Reissued Sept. 2018 CN Order). | |
| 15 | Minnesota Public Utilities Commission, No. PL-9/PPL-15-137, Order Finding Environmental Impact Statement Adequate and Adopting ALJ Lipman's November 2017 Report as Modified (May 1, 2018) | |
| 16 | Minnesota Public Utilities Commission, No. PL-9/PPL-15-137, Order Finding Environmental Impact Statement Adequate, Granting Certificate of Need as Modified, and Granting Routing Permit as Modified (May 1, 2020) | |
| 17 | Minnesota Department of Commerce, Final Environmental Impact Statement (EIS) Section 10, "Accidental Crude Oil Releases." (N.B. the entire EIS, including Section 10, is available at https://mn.gov/commerce/energyfacilities/resource.html?Id=34735 | |
| 18 | Transcript of June 18, 2018 deliberations of the Minnesota Public Utilities Commission | |
| 19 | Potential Effects of the Line 3 Replacement Project on Wild Rice – Revised (Oct. 2017). | |
| 20 | *United States v. Enbridge Energy Ltd. Partnership*, Case No. 16-cv-914 (W.D. Mich.) ECF No. 14 (May 23, 2017) (Consent Decree) | |
| 21 | Memorandum in Support of the Unopposed Motion of the United States for Entry of a Consent Decree in *United States v. Enbridge Energy Ltd. Partnership*, Case No. 16-cv-914 (W.D. Mich.) ECF No. 9 (Jan. 19, 2017) (Consent Decree Mem.) | |

In the interest of completeness, the Parties agree and stipulate, for the purpose of the Court's resolution of Plaintiffs' Motion for Preliminary Injunction, that Exhibits 22-37 are not

3

part of the Administrative Record but may be relied upon by the Court in ruling on Plaintiffs' motion.

| 22 | Enbridge spill in Michigan, Spill Response timeline, available at https://www.epa.gov/enbridge-spill-michigan/enbridge-spill-response-timeline | |
| --- | --- | --- |
| 23 | Pipeline and Hazardous Materials Safety Administration, Report on Shipping Crude Oil by Truck, Rail, and Pipeline (Oct. 2018) | |
| 24 | Declaration of Jaime Arcenault | ECF 2-9 |
| 25 | Declaration of Michaa Aubid | ECF 2-10 |
| 26 | Declaration of Jami Gaither | ECF 2-11 |
| 27 | Declaration of Winona LaDuke | ECF 2-12 |
| 28 | Declaration of Samuel Strong | ECF 2-13 |
| 29 | Declaration of Laura Triplett Ph.D. | ECF 2-14 |
| 30 | Declaration of Douglas P. Hayes | ECF 2-15 |
| 31 | Supplemental Declaration of Laura Triplett Ph.D. | ECF 25 |
| 32 | Declaration of Barry Simonson | ECF 28-1 |
| 33 | Declaration of David L. Barnett | ECF 28-5 |
| 34 | Declaration of Kevin Pranis | ECF 28-6 |
| 35 | Declaration of Nancy Norr | ECF 28-7 |
| 36 | Declaration of Brian Hanson | ECF 28-8 |
| 37 | Order of Minnesota Public Utilities Commission Denying Motion for Stay Pending Appeal | ECF 28-2 |

Dated: January 20, 2021                                  Respectfully submitted,

                                        Sara E. Costello (KS Bar No. 20898)
                                      Matthew Marinelli
Trial Attorneys
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7611
Washington, DC 20044-7611
202-305-048417
sara.costello2@usdoj.gov

        /s/ Mark L. Walters
Mark L. Walters (TX Bar 00788611)
Trial Attorney
Heather Gange
Senior Counsel
Environmental Defense Section
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7611
Washington, DC 20044-7611

OF COUNSEL:

MELANIE CASNER
Assistant Counsel
Office of Chief Counsel
U.S. Army Corps of Engineers

                                      ATTORNEYS FOR DEFENDANT

/s/ Seth L. Johnson
Seth L. Johnson, D.C. Bar No. 1001654
Earthjustice
1001 G St. NW, Ste. 1000
Washington, D.C. 20001
(202) 667-4500
sjohnson@earthjustice.org
Moneen Nasmith
Alexis Andiman
Mekela Panditharatne
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
(212) 845-7376
mnasmith@earthjustice.org
aandiman@earthjustice.org
mpanditharatne@earthjustice.org

ATTORNEYS FOR PLAINTIFFS

/s/ George P. Sibley, III

George P. Sibley, III (D.C. Bar No. 1011939)
Deidre G. Duncan (D.C. Bar No. 461548)
Karma B. Brown (D.C. Bar No. 479774)
Brian Levey (D.C. Bar No. 1035683)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037-1701
(202) 955-1500
gsibley@huntonAK.com
dduncan@huntonAK.com
kbbrown@huntonAK.com
blevey@huntonAK.com

ATTORNEYS FOR DEFENDANT-INTERVENOR

069054.0000113 EMF_US 83576967v1