UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RED LAKE BAND OF CHIPPEWA INDIANS, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, <br><br> Federal Defendant, <br><br> and <br><br> ENBRIDGE ENERGY, LIMITED PARTNERSHIP, <br><br> Defendant-Intervenor. | Civil Action No. 1:20 cv-03817 (CKK) |
| FRIENDS OF THE HEADWATERS, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, COL. KARL JANSEN, District Engineer, St. Paul District, <br><br> Federal Defendants, <br><br> and <br><br> ENBRIDGE ENERGY, LIMITED PARTNERSHIP, <br><br> Defendant-Intervenor. | Civil Action No. 1:21 cv-00189 (CKK) |

**FEDERAL DEFENDANTS' NOTICE OF FILING OF THE INDEX TO THE ADMINISTRATIVE RECORD**

1

Pursuant to this Court's Order of March 22, 2021 (ECF No. 20), and Local Civil Rule 7(n), Federal Defendants United States Army Corps of Engineers and Karl Jansen, District Engineer, St. Paul District, hereby provide this notice of the filing of the index to the certified administrative record. The index to the administrative record is attached to this notice as Exhibit 1. The declarations certifying the contents of the administrative record are attached to this notice as Exhibits 2 and 3.

On May 5, 2021, with the exception of certain documents that may be protected from public disclosure by the National Historic Preservation Act, 54 U.S.C. § 307103, the Archaeological Resources Protection Act, 16 U.S.C. § 470hh, and the Pipeline and Hazardous Materials Safety Administration regulations, 49 C.F.R. Part 190 ("Confidential Records"), Federal Defendants served the administrative record on counsel for Plaintiffs and Defendant-Intervenor by sending the documents electronically via the file-sharing program used by the United States Army Corps of Engineers. The parties are currently conferring regarding a proposed protective order relating to the use, for the purposes of this litigation, of the Confidential Records in the administrative record. Upon entry of a protective order, Federal Defendants will disclose the Confidential Records to Plaintiffs and Defendant-Intervenor.

Respectfully submitted this 5th day of May, 2021.

JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment and Natural Resources Division

/s Sara E. Costello
SARA E. COSTELLO (KS Bar No. 20898)
MATTHEW MARINELLI
AMANDA STONER
Trial Attorneys
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice

        Post Office Box 7611
        Washington, DC 20044-7611
        202-305-0484
        sara.costello2@usdoj.gov

        HEATHER E. GANGE (DC Bar 452615)
        Senior Counsel
        MARK L. WALTERS
        Trial Attorney
        Environmental Defense Section
        Environment and Natural Resources Division
        U.S. Department of Justice
        Post Office Box 7611
        Washington, DC 20044-7611
        Heather.Gange@usdoj.gov
        Mark.Walters@usdoj.gov

        *Attorneys for Federal Defendants*

OF COUNSEL:
MELANIE CASNER
Assistant Counsel
Office of Chief Counsel
U.S. Army Corps of Engineers