# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RED LAKE BAND OF CHIPPEWA INDIANS, *et al.,* | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | )   Civil Action No. 1:20 cv-03817 (CKK) ) |
| UNITED STATES ARMY CORPS OF ENGINEERS, | ) ) ) |
| Federal Defendant, | ) ) |
| and | ) ) |
| ENBRIDGE ENERGY, LIMITED PARTNERSHIP, | ) ) |
| Defendant-Intervenor. | ) |

|  |  |
|---|---|
| FRIENDS OF THE HEADWATERS, | ) ) |
| Plaintiff, | ) ) |
| vs. | )   Civil Action No. 1:21 cv-00189 (CKK) ) |
| UNITED STATES ARMY CORPS OF ENGINEERS, COL. KARL JANSEN, District Engineer, St. Paul District, | ) ) ) |
| Federal Defendants, | ) ) |
| and | ) ) |
| ENBRIDGE ENERGY, LIMITED PARTNERSHIP, | ) ) |
| Defendant-Intervenor. | ) |

## DECLARATION OF CRAIG L. JARNOT CERTIFYING THE SECTION 404/10 ADMINISTRATIVE RECORD

I, Craig L. Jarnot, declare as follows:

1

1.      My name is Craig L. Jarnot. I am a biologist and employed by the United States Department of the Army, Corps of Engineers, Mississippi Valley Division, St. Paul District as Chief, North Branch, Regulatory Division.

2.      I was the Section 404 of the Clean Water Act and Section 10 of the Rivers and Harbors Act of 1899 Project Manager for the project which resulted in, among other things: 1) the Department of the Army Environmental Assessment, Section 404(b)(1) Guidelines Evaluation, Public Interest Review, and Statement of Findings, dated November 23, 2020 ("EA"); and 2) the Department of the Army Section 404 and Section 10 permit, dated November 23, 2020 ("Permit").

3.      I am familiar with the documents that are contained in the U.S. Army Corps of Engineers, St. Paul District's Sections 404/10 portions of the Administrative Record for the EA and the Permit.  The Administrative Record contains those documents and materials that were directly or indirectly considered by the agency decision maker for those actions.

4.      To the best of my knowledge and belief, it is hereby certified that the material annexed and described in the index constitute a true, correct, and complete copy of the administrative record for the Permit and the EA.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Executed on this 5th day of May, 2021

_____
Craig L. Jarnot

Chief, North Branch, Regulatory Division
St. Paul District
U.S. Army Corps of Engineers