# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RED LAKE BAND OF CHIPPEWA INDIANS, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Civil Action No. 1:20 cv-03817 (CKK) |
| UNITED STATES ARMY CORPS OF ENGINEERS, | ) ) ) |
| Federal Defendant, | ) |
| and | ) |
| ENBRIDGE ENERGY, LIMITED PARTNERSHIP, | ) ) |
| Defendant-Intervenor. | ) |

| | |
|---|---|
| FRIENDS OF THE HEADWATERS, | ) ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 1:21 cv-00189 (CKK) |
| UNITED STATES ARMY CORPS OF ENGINEERS, COL. KARL JANSEN, District Engineer, St. Paul District, | ) ) ) |
| Federal Defendants, | ) |
| and | ) |
| ENBRIDGE ENERGY, LIMITED PARTNERSHIP, | ) ) |
| Defendant-Intervenor. | ) |

## DECLARATION OF MICHELLE E. PROSSER CERTIFYING THE SECTION 408 ADMINISTRATIVE RECORD

I, Michelle E. Prosser, declare as follows:

1

1. My name is Michelle E. Prosser. I am employed by the United States Department of the Army, Corps of Engineers, Mississippi Valley Division, St. Paul District as a project manager in the Programs and Project Management Division.

2. I was the Section 14 of the Rivers and Harbors Act of 1899 (33 U.S.C. § 408 or "Section 408") Project Manager for the project which resulted in: 1) the Lost River, Minnesota Flood Control Project Section 408 Alteration Request Summary of Findings, dated November 23, 2020, which incorporates an Environmental Assessment and a Finding of No Significant Impact ("408 Finding"); and 2) the permission issued in the Department of the Army Decision Letter, dated November 23, 2020 ("408 Permission").

3. I am familiar with the documents that are contained in the U.S. Army Corps of Engineers, St. Paul District's Administrative Record for the 408 Finding and the 408 Permission. The Administrative Record contains those documents and materials that were directly or indirectly considered by the agency decision maker for the 408 Finding and the 408 Permission.

4. To the best of my knowledge and belief, it is hereby certified that the material annexed and described in the index constitute a true, correct, and complete copy of the administrative record for the 408 Finding and the 408 Permission.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this _4_ day of May, 2021

_____
Michelle E. Prosser

Project Manager
Programs and Project Management Division
St. Paul District
U.S. Army Corps of Engineers