## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RED LAKE BAND OF CHIPPEWA INDIANS, *et al.,* ) | |
| ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. 1:20 cv-03817 (CKK) |
| ) | |
| UNITED STATES ARMY CORPS OF ENGINEERS, ) | |
| ) | |
| ) | |
| Federal Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| ENBRIDGE ENERGY, LIMITED PARTNERSHIP, ) | |
| Defendant-Intervenor. ) | |
| _____) | |
| _____ | |
| ) | |
| FRIENDS OF THE HEADWATERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:21 cv-00189 (CKK) |
| ) | |
| UNITED STATES ARMY CORPS OF ENGINEERS, COL. KARL JANSEN, District Engineer, St. Paul District, ) | |
| ) | |
| ) | |
| Federal Defendants. ) | |
| and ) | |
| ) | |
| ENBRIDGE ENERGY, LIMITED PARTNERSHIP, ) | |
| Defendant-Intervenor. ) | |
| _____) | |

## JOINT MOTION FOR A PROTECTIVE ORDER

The parties in this case jointly move the Court to enter the attached proposed Protective

Order. The reasons for this motion are as follows:

1

1.      The United States Army Corps of Engineers filed the certified index to the administrative record in this case on May 5, 2021.

2.      The purpose of the Protective Order is to protect from public disclosure sensitive tribal historic property and cultural site information (Confidential Records), that is or may be protected from public disclosure by federal laws including the National Historic Preservation Act, 54 U.S.C. § 307103, Archaeological Resources Protection Act, 16 U.S.C. § 470hh, and exemption 3 of the Freedom of Information Act (FOIA), 5 U.S.C. § 552(b)(3) (information prohibited from disclosure by another statute). The Confidential Records also include documents containing sensitive information protected by the Pipeline and Hazardous Materials Safety Administration regulations, 49 C.F.R. Part 190.

3.      The attached proposed Protective Order contains mutually agreed upon terms and conditions relating to the use, for purposes of this litigation, of Confidential Records in the administrative record. The Protective Order provides that Federal Defendants will disclose the Confidential Records to Plaintiffs and Defendant-Intervenor, and Plaintiffs and Defendant-Intervenor will not share the Confidential Records publicly or use them for any purpose other than this action. If any party relies on the Confidential Records in a public filing, it will file any portion of the brief or pleading describing or disclosing the Confidential Records under seal, pursuant to LCvR 5.1(h). Any party may challenge the designation of any records as confidential by a motion to this Court. The parties shall file redacted versions of filings that refer to Confidential Records in the public file.

Accordingly, the parties respectfully request that the Court enter the proposed Protective Order as soon as possible. The parties have authorized Federal Defendants to file this motion on behalf of all the parties.

Respectfully submitted this 7th day of May, 2021.

JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment and Natural Resources Division


/s Sara E. Costello
SARA E. COSTELLO (KS Bar No. 20898)
MATTHEW MARINELLI
AMANDA STONER
Trial Attorneys
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7611
Washington, DC 20044-7611
202-305-0484
sara.costello2@usdoj.gov

HEATHER E. GANGE (DC Bar 452615)
Senior Counsel
MARK L. WALTERS
Trial Attorney
Environmental Defense Section
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7611
Washington, DC 20044-7611
Heather.Gange@usdoj.gov
Mark.Walters@usdoj.gov

*Attorneys for Federal Defendants*

OF COUNSEL:
MELANIE CASNER
Assistant Counsel
Office of Chief Counsel
U.S. Army Corps of Engineers