UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RED LAKE BAND OF CHIPPEWA INDIANS, WHITE EARTH BAND OF OJIBWE, HONOR THE EARTH, and SIERRA CLUB, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, <br><br> Defendant, <br><br> ENBRIDGE ENERGY, LP <br><br> Defendant-Intervenor. | Case No. 1:20-cv-03817-CKK |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 7(h), Plaintiffs Red Lake Band of Chippewa Indians, White Earth Band of Ojibwe, Honor the Earth, and Sierra Club respectfully move for summary judgment in their favor. In support of this motion, Plaintiffs submit the attached memorandum of law. Plaintiffs also attach a proposed order.

DATED: May 26, 2021

*s/ Moneen Nasmith*___
Moneen Nasmith
*[Admitted Pro Hac Vice]*
Alexis Andiman
*[Admitted Pro Hac Vice]*
Mekela Panditharatne
*[Admitted Pro Hac Vice]*
Kara Goad
*[Application for Admission Pro Hac Vice Forthcoming]*
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
(212) 845-7376
mnasmith@earthjustice.org
aandiman@earthjustice.org
mpanditharatne@earthjustice.org
kgoad@earthjustice.org

*s/ Seth Johnson*___
Seth L. Johnson, D.C. Bar No. 1001654
Earthjustice
1001 G St. NW, Ste. 1000
Washington, D.C. 20001
(202) 667-4500
sjohnson@earthjustice.org

*Attorneys for Plaintiffs*