UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RED LAKE BAND OF CHIPPEWA INDIANS, WHITE EARTH BAND OF OJIBWE, HONOR THE EARTH, and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendant,<br><br>ENBRIDGE ENERGY, LP<br><br>Defendant-Intervenor. | Case No. 1:20-cv-03817-CKK |

## [PROPOSED] ORDER

The Court has reviewed and considered the Plaintiffs' Motions for Summary Judgment, and all submissions and arguments in opposition and support. For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that the motion is GRANTED.

SO ORDERED.

_____
Hon. Colleen Kollar-Kotelly
UNITED STATES DISTRICT JUDGE

1