UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RED LAKE BAND OF CHIPPEWA INDIANS, *et al.*, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Civil Action No. 1:20 cv-03817 (CKK) |
| UNITED STATES ARMY CORPS OF ENGINEERS, | )<br>)<br>) |
| Federal Defendant, | ) |
| and | ) |
| ENBRIDGE ENERGY, LIMITED PARTNERSHIP, | )<br>) |
| Defendant-Intervenor. | ) |

| | |
|---|---|
| FRIENDS OF THE HEADWATERS, | )<br>) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 1:21 cv-00189 (CKK) |
| UNITED STATES ARMY CORPS OF ENGINEERS, COL. KARL JANSEN, District Engineer, St. Paul District, | )<br>)<br>) |
| Federal Defendants, | ) |
| and | ) |
| ENBRIDGE ENERGY, LIMITED PARTNERSHIP, | )<br>) |
| Defendant-Intervenor. | ) |

**FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT**

1

Federal Defendants United States Army Corps of Engineers and Col. Karl Jansen, District Engineer, St. Paul District, hereby move for summary judgment to be entered in their favor on all claims in this litigation, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 7, for the reasons stated in the accompanying Memorandum of Points and Authorities.

Respectfully submitted this 23rd day of June, 2021.

JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ Sara E. Costello
SARA E. COSTELLO (KS Bar No. 20898)
MATTHEW MARINELLI
AMANDA STONER
Trial Attorneys
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7611
Washington, DC 20044-7611
202-305-0484 (Costello)
sara.costello2@usdoj.gov

/s/ Heather E. Gange
HEATHER E. GANGE (DC Bar 452615)
Senior Counsel
MARK L. WALTERS
Trial Attorney
Environmental Defense Section
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7611
Washington, DC 20044-7611
202-532-3157 (Gange)
202-616-9190 (Walters)
Heather.Gange@usdoj.gov
Mark.Walters@usdoj.gov

*Attorneys for Federal Defendants*

OF COUNSEL:
MELANIE CASNER
Assistant Counsel
Office of Chief Counsel
U.S. Army Corps of Engineers