UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RED LAKE BAND OF CHIPPEWA INDIANS, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )   Civil Action No. 1:20 cv-03817 (CKK) |
| UNITED STATES ARMY CORPS OF ENGINEERS, | )<br>)<br>) |
| Federal Defendant, | ) |
| and | ) |
| ENBRIDGE ENERGY, LIMITED PARTNERSHIP, | )<br>) |
| Defendant-Intervenor. | ) |
| FRIENDS OF THE HEADWATERS, | ) |
| Plaintiff, | ) |
| vs. | )   Civil Action No. 1:21 cv-00189 (CKK) |
| UNITED STATES ARMY CORPS OF ENGINEERS, COL. KARL JANSEN, District Engineer, St. Paul District, | )<br>)<br>) |
| Federal Defendants, | ) |
| and | ) |
| ENBRIDGE ENERGY, LIMITED PARTNERSHIP, | )<br>) |
| Defendant-Intervenor. | ) |

**[PROPOSED] ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**

This matter having come before the Court on Plaintiffs' Motions for Summary Judgment and Federal Defendants' Cross-Motion for Summary Judgment, it is hereby ORDERED that:

2

Plaintiffs' Motions for Summary Judgment are DENIED; Federal Defendants' Cross-Motion for Summary Judgment is GRANTED; and the Complaints are dismissed with prejudice.

DATED: _____

_____
Hon. Colleen Kollar-Kotelly
UNITED STATES DISTRICT JUDGE