# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RED LAKE BAND OF CHIPPEWA INDIANS, *et al.*,<br><br>      Plaintiffs,<br><br>      v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*,<br><br>      Defendants,<br><br>ENBRIDGE ENERGY, LIMITED PARTNERSHIP,<br><br>      Defendant-Intervenor. | Civil Action No. 20-3817 (CKK) |

## ORDER
(August 5, 2021)

The Court is in receipt of the [55] Motion for Leave to file Amicus Brief by Congregations Caring for Creation dba Minnesota Interfaith Power & Light and Youth N' Power ("Movant"). Movant seeks leave to file an amicus brief on behalf of Plaintiffs Red Lake Band of Chippewa Indians, White Earth Band of Ojibwe, Honor the Earth, Sierra Club, and Friends of the Headwaters. Plaintiffs consent to Movant's motion. *See* Motion at 1-2, ECF No. 55. Federal Defendants take no position with respect to Movant's request. *See* ECF No. 60. Defendant-Intervenor Enbridge does not oppose Movant's request. Accordingly, it is this 5th day of August, 2021 hereby

**ORDERED** that Movant's [55] Motion for Leave to File Amicus Brief is **GRANTED**; it is further

**ORDERED** that the Brief of Amicus Curiae in Support of Plaintiffs attached to Movant's Motion at ECF No. 55-1 is deemed filed.

**SO ORDERED.**

                                                      /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge