UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RED LAKE BAND OF CHIPPEWA INDIANS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, <br><br> Defendant, <br><br> ENBRIDGE ENERGY, LIMITED PARTNERSHIP, <br><br> Defendant-Intervenor. | Civil Action No. 1:20 cv-03817 (CKK) |
| FRIENDS OF THE HEADWATERS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*, <br><br> Defendants, <br><br> ENBRIDGE ENERGY, LIMITED PARTNERSHIP, <br><br> Defendant-Intervenor. | Civil Action No. 1:21 cv-00189 (CKK) |

**DEFENDANT-INTERVENOR ENBRIDGE ENERGY, LIMITED PARTNERSHIP'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant-Intervenor Enbridge Energy, Limited Partnership ("Enbridge") submits this notice to inform the Court that on August 30, 2021, the Minnesota Court of Appeals upheld the

Minnesota Pollution Control Agency's ("MPCA") Section 401 water quality certification for the Minnesota portion of the Line 3 Replacement Project ("Project"). *See In the Matter of Enbridge Line 3 Replacement Project in Minnesota Kittson, Marshall, Pennington, Polk, Red Lake, Clearwater, Hubbard, Wadena, Cass, Crow Wing, Aitkin, St. Louis, and Carlton Counties Section 401 Water Quality Certification*, A20-1513 (Minn. Ct. App. Aug. 30, 2021) (Exhibit A). In its Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiffs' Motions for Summary Judgment, Enbridge explained that Plaintiffs filed for review of the MPCA's Section 401 certification on November 30, 2020, and that such litigation was pending at the time of writing. Enbridge Opening Br. (ECF No. 63-1) at 9. Enbridge submits this notice to update the Court that the litigation has now concluded. For the reasons explained in its opinion, the Minnesota Court of Appeals affirmed MPCA's certification that the Project would not violate applicable water quality standards. Ex. A at 2.

Dated: August 30, 2021

Respectfully submitted,

/s/ George P. Sibley, III

George P. Sibley, III (D.C. Bar No. 1011939)
Deidre G. Duncan (D.C. Bar No. 461548)
Karma B. Brown (D.C. Bar No. 479774)
Brian Levey (D.C. Bar No. 1035683)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037-1701
(202) 955-1500
gsibley@huntonAK.com
dduncan@huntonAK.com
kbbrown@huntonAK.com
blevey@huntonAK.com

ATTORNEYS FOR DEFENDANT-INTERVENOR, ENBRIDGE ENERGY, LIMITED PARTNERSHIP.